CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE VA
FILED

MAR 05 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON JEROD SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00043 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| Q.M.H.P., K. WRIGHT, <u>et al.</u>,, | ) | By:  Michael F. Urbanski |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of March, 2015.

/s/ Michael F. Urbanski
United States District Judge